IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **ERIK SALAIZ,** | § § | |
| **Plaintiff,** | § § | |
| v. | § § | **CAUSE NO. EP-23-CV-218-KC** |
| **POWUR, PBC d/b/a POWUR PBC, INC.,** | § § § | |
| **Defendant.** | § | |

## ORDER

On this day, the Court considered the parties' Stipulated Dismissal, ECF No. 27. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the Stipulated Dismissal, the Court **ORDERS** that all claims in the case are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that all parties shall pay their own costs and fees.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 21st day of December, 2023.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE